# United States District Court
# Central District of California

| | |
|---|---|
| JOEL D. JOSEPH,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF SANTA MONICA,<br><br>        Defendant. | Case № 2:17-cv-00723-ODW-AFM<br><br>**JUDGMENT** |

     On January 30, 2017, Plaintiff filed this action against Defendant alleging employment discrimination under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621–634. (ECF No. 1.) On February 9, 2018, the Court granted Defendant's Motion for Summary Judgment and denied Plaintiff's Motion for Summary Judgment. (ECF No. 31.) On April 9, 2018, the Court denied Plaintiff's Motion for Reconsideration of the Order Granting Defendant's Motion for Summary Judgment. (ECF No. 38.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Joel D. Joseph shall recover nothing from Defendant City of Santa Monica, California; and

2. Plaintiff Joel D. Joseph's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

April 9, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**